IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No. 1:16-cr-10018-004

DONNA CHRISTINA HERRING;
JOHN WAYNE KINLEY, JR.;
MARION DIANE KINLEY; and
JORDAN ALEXANDRA PETERSON                                                  DEFENDANTS

## **ORDER**

Before the Court is Defendant Jordan Alexandra Peterson's Motion for Modification of Conditions of Release. (ECF No. 46). Defendant asks the Court to modify the conditions of her pretrial release so that she can travel outside the State of Arkansas for a vacation in Gulf Shores, Alabama, from July 16, 2017, until July 23, 2017. Upon consideration, the Court finds that the date range purposed by Defendant has passed. Accordingly, Defendant's motion (ECF No. 46) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 2nd day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge